**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**


Daniel Gene Boze, et al.

|                         | Plaintiff  | Case No.: 2:25–cv–00074          |
|-------------------------|------------|----------------------------------|

v.

Judge Waverly D. Crenshaw, Jr.

Great American Insurance Company

|                         | Defendant  | Magistrate Judge Alistair Newbern |

NOTICE OF SETTING OF INITIAL CASE MANAGEMENT CONFERENCE


     Pursuant to Local Rule 16.01, effective August 14, 2018, the initial case management conference is scheduled before Magistrate Judge Newbern on <u>10/22/2025 at 09:30 AM.</u> The conference will be held by telephone. Counsel shall call (650) 479–3207 and enter access code 23176048628# to participate. If counsel has difficulty connecting to the conference line, please call (615) 736–5878 for assistance.

     Lead trial counsel for each party is required to attend the initial case management conference unless otherwise ordered by the Court. Appearance by counsel at the initial case management conference will not be deemed to waive any personal jurisdiction defense.

     Counsel shall be prepared to discuss and confirm the scheduling of future litigation dates in the conference, including availability for trial.

     Counsel for the plaintiff shall file a motion no later than seven days before the conference if any defendant has not been served or has not appeared. The motion shall state the status of service of process and propose a timeframe for resetting the conference.

     Counsel for all parties must, at the initiative of plaintiff's counsel, prepare and file a joint proposed initial case management order that encompasses the discovery plan required by Fed. R. Civ. P. 26(f), addresses any issues that cannot be resolved by agreement, and is otherwise in compliance with Local Rule 16.01(f). Counsel shall use Magistrate Judge Newbern's template order available on the Court's website and shall ensure that the proposed initial case management order conforms to the requirements of the assigned district judge. In addition, the proposed initial case management order shall be emailed in Word format to Newbern_Chambers@tnmd.uscourts.gov no later than three (3) business days before the initial case management conference. If the proposed order cannot be filed and emailed on time, the plaintiff's counsel is responsible for filing a motion to continue the conference.

     Effective December 1, 2000, Fed. R. Civ. P. 26(a)(1) and April 18, 2005, Administrative Order No. 167 regarding required initial disclosures and electronic proposed orders applies.

     **PURSUANT TO LOCAL RULE 16.01(e)(2), COUNSEL FOR THE PARTY FILING THIS LAWSUIT MUST SERVE A COPY OF THIS NOTICE ON THE OTHER PARTIES TO THIS LAWSUIT, ALONG WITH THE SUMMONS AND COMPLAINT <u>OR</u> WITH THE REQUEST FOR WAIVER OF SERVICE UNDER FED. R. CIV. P. 4(d), <u>OR</u> WITH THE SERVICE COPY OF THE NOTICE OF REMOVAL.**