UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DANIEL GENE BOZE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) NO. 2:25-cv-00074 |
| GREAT AMERICAN INSURANCE CO., | ) |
| Defendant. | ) |

## ORDER

The matter is before the Court on Plaintiffs' Unopposed Motion to Stay this case pending receipt of a Section 20(i) determination by United States Department of Agriculture, Risk Management Agency and Federal Crop Insurance Corporation.

Because the motion is unopposed and the Court previously directed Plaintiffs to proceed in this manner—see Case Nos. 2:21-cv-00002 and 2:23-cv-00068—the Unopposed Motion to Stay (Doc. No. 9) is **GRANTED**. This matter is stayed pending Plaintiffs' receipt of a Section 20(i) determination by United States Department of Agriculture.

The parties shall file a status report on or before **December 8, 2025.**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE