UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DANIEL GENE BOZE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:25-cv-00074<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

In light of the stay in this matter, the initial case management conference set on October 22, 2025 (Doc. No. 6), is CANCELLED. The parties are ORDERED to move to reset the initial case management conference no later than 7 days after receipt of a Section 20(i) determination by the United States Department of Agriculture.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge