UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

DANIEL GENE BOZE, JIMMY JOE BOZE,
and the ESTATE of MARY RUTH BOZE,
by and through its Personal Representatives,
JIMMY JOE BOZE and NITA LEE REID,

    Plaintiffs,

    v.                                               Case No. 2:25-cv-00074

GREAT AMERICAN INSURANCE
COMPANY,

    Defendant.

## PLAINTIFFS' JOINT REPORT

COME NOW the Plaintiffs, Daniel Gene Boze, Jimmy Joe Boze and the Estate of Mary Ruth Boze, by and through its Personal Representatives, Jimmy Joe Boze and Nita Lee Reid, by and through counsel, and in accordance with this Court's Order dated September 8, 2025, [Doc. # 10] reports that on December 4, 2025, the Deputy Administrator for Compliance, United States Department of Agriculture, Risk Management Agency, Federal Crop Insurance Corporation, issued the attached Response to Section 20(i) Determination on Remand. *See* Plaintiffs' Exhibit 1.

                                                                   Respectfully submitted,

                                                                   LAW OFFICE OF
                                                                   WENDELL L. HOSKINS II
                                                                   404 Ward Avenue
                                                                   Post Office Box 1115
                                                                   Caruthersville, Missouri 63830
                                                                   Phone: 573-333-2600
                                                                   Fax: 573-333-2041

Wendell@WendellHoskins.com

*Wendell L. Hoskins II*
WENDELL L. HOSKINS II
Tennessee Bar No. 17761
Attorney for the Plaintiffs

## **CERTIFICATE OF SERVICE**

I, WENDELL L. HOSKINS II, attorney for Plaintiffs, in the above styled and numbered cause of action, do hereby certify that I have this day served electronically, a true and correct copy of the foregoing pleading to Thomas C. James, Esquire, Sanders & Associates, LPA, 8040 Hosbrook Road, Suite 202, Cincinnati, Ohio 45326.

THIS, the 8th day of December, 2025.

*Wendell L. Hoskins II*
WENDELL L. HOSKINS II