UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

DANIEL GENE BOZE, JIMMY JOE BOZE,
and the ESTATE of MARY RUTH BOZE,
by and through its Personal Representatives,
JIMMY JOE BOZE and NITA LEE REID,

    Plaintiffs,

    v.                              Case No. 2:25-cv-00074

GREAT AMERICAN INSURANCE
COMPANY,

    Defendant.

## PLAINTIFFS' MOTION TO RESET INITIAL
## CASE MANAGEMENT CONFERENCE

COME NOW the Plaintiffs, Daniel Gene Boze, Jimmy Joe Boze and the Estate of Mary Ruth Boze, by and through its Personal Representatives, Jimmy Joe Boze and Nita Lee Reid, by and through counsel, and in accordance with this Court's Order dated September 15, 2025, [Doc. #11] moves this Court to reset the Initial Case Management Conference, having received the attached Response to Section 20(i) Determination on Remand on December 4, 2025. *See* Plaintiffs' Exhibit 1.

                                                Respectfully submitted,

                                                LAW OFFICE OF
                                                WENDELL L. HOSKINS II
                                                404 Ward Avenue
                                                Post Office Box 1115
                                                Caruthersville, Missouri 63830
                                                Phone: 573-333-2600
                                                Fax: 573-333-2041
                                                Wendell@WendellHoskins.com

*Wendell L. Hoskins II*
WENDELL L. HOSKINS II
Tennessee Bar No. 17761
Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I, WENDELL L. HOSKINS II, attorney for Plaintiffs, in the above styled and numbered cause of action, do hereby certify that I have this day served electronically, a true and correct copy of the foregoing pleading to Thomas C. James, Esquire, Sanders & Associates, LPA, 8040 Hosbrook Road, Suite 202, Cincinnati, Ohio 45326.

THIS, the 8th day of December, 2025.

*Wendell L. Hoskins II*
WENDELL L. HOSKINS II