UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DANIEL GENE BOZE,<br>JIMMY JOE BOZE,<br>NITA LEE REID and<br>THE ESTATE OF MARY RUTH BOZE,<br>by and through its Personal<br>Representatives, Jimmy Joe Boze and<br>Nita Lee Reid,<br><br>    Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN INSURANCE<br>COMPANY,<br><br>    Defendant. | NO. 2:25-cv-00074 |

## ORDER

Based upon the Plaintiffs' Joint Report (Doc. No. 12) and the Motion to Reopen Case (Doc. No. 13), the Court's Stay by Order entered September 8, 2025 (Doc. No. 10) is **DISSOLVED** and this case is returned to the active docket. The parties shall meet with the Magistrate Judge for an initial case management conference.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE