UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DANIEL GENE BOZE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREAT AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:25-cv-00074 <br><br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

By no later than January 26, 2026, counsel shall file a joint proposed case management order. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov.

The Court will address entry of the proposed case management order by separate order.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge