ORDER:
The motion is GRANTED.

_____
Jeffery S. Frensley
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

DANIEL GENE BOZE, JIMMY JOE BOZE,
and the ESTATE of MARY RUTH BOZE,
by and through its Personal Representatives,
JIMMY JOE BOZE and NITA LEE REID,

     Plaintiffs,

     v.                              Case No. 2:25-cv-00074

GREAT AMERICAN INSURANCE
COMPANY,

     Defendant.

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

COME NOW the Plaintiffs, Daniel Gene Boze, Jimmy Joe Boze and the Estate of Mary Ruth Boze, by and through counsel, and move this Court for an extension of the current deadline to file a joint proposed case management order on the grounds that counsel for Defendant Great American Insurance Company has not yet filed a responsive pleading or entry of appearance, and is out of the country January 14, 2026 to February 2, 2026. In order to allow the parties to confer and submit a joint proposed case management order, Plaintiffs request an extension of that deadline to **Friday, February 6, 2026**.

Respectfully submitted,

LAW OFFICE OF
WENDELL L. HOSKINS II
404 Ward Avenue
Post Office Box 1115
Caruthersville, Missouri 63830
Phone: 573-333-2600
Fax: 573-333-2041
Wendell@WendellHoskins.com

*Wendell L. Hoskins II*
WENDELL L. HOSKINS II
Tennessee Bar No. 17761
Attorney for the Plaintiffs

**CERTIFICATE OF SERVICE**

I, WENDELL L. HOSKINS II, attorney for Plaintiffs, in the above styled and numbered cause of action, do hereby certify that I have this day served electronically, a true and correct copy of the foregoing pleading to Thomas C. James, Esquire, Sanders & Associates, LPA, 8040 Hosbrook Road, Suite 202, Cincinnati, Ohio 45326.

THIS, the 26th day of January, 2026.

*Wendell L. Hoskins II*
WENDELL L. HOSKINS II
