# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Northeastern Division

| | |
|---|---|
| DANIEL GENE BOZE, JIMMY JOE BOZE, AND THE ESTATE OF MARY RUTH BOZE, by and through its Personal Representatives, Jimmy Joe Boze and Nita Lee Reid, <br><br> v. <br><br> GREAT AMERICAN INSURANCE COMPANY | Case No. 2:25-cv-00074 <br><br> Judge Waverly D. Crenshaw, Jr. |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Thomas C. James, Jr. hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Great American Ins. Co.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: U.S.D.C., S. D. of Ohio

    Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

    N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

    N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

    N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Brigid M. Carpenter, Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., 1600 West End Avenue, Suite 2000, Nashville, Tennessee 37213; Phone: (615) 726-7341; Email: bcarpenter@bakerdonelson.com.

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Thomas C. James, Jr. Signature

Name: Thomas C. James, Jr.
State where admitted and State Bar Number: Ohio (73531); Georgia (389405); N. Dakota (6235)
Business Address: 8040 Hosbrook Road, Suite 200, Cincinnati, Ohio 45236
Local Address [if different from above]:
Phone: (513) 229-8080
Email: TomJames@SandersLPA.com

# **CERTIFICATE OF SERVICE**

[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B) and attach as separate page if necessary due to space constraints.]

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 10 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF. For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion  phv@tnmd.uscourts.gov.