IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Daniel Gene Boze, et al.                    ,
       Plaintiff(s),

v.                                             Case No.  2:25-cv-00074

Great American Insurance Company        ,
       Defendant(s).

**BUSINESS ENTITY DISCLOSURE STATEMENT**
**(Disclosure of corporate affiliations and financial interests)**

       To provide the disclosures required by Fed. R. Civ. P. 7.1(a), and in compliance with the provisions of Local Rule 7.02(a), including for determination of judicial conflicts, this Business Entity Disclosure Statement is filed by   Great American Insurance Company            .
The filer acknowledges its continuing obligation to update and supplement this statement.

 **INSTRUCTIONS: Check the applicable blank or blanks, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information.</u>**

      1.     This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of  Ohio              with a principal  place of business in the state of  Ohio            .

      2.     This party or intervenor is a privately held corporation, incorporated in the state of _____ with a principal place of business in the state of _____. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

_____
_____.

      3.    Is this party or intervenor a parent or subsidiary of another corporation or corporations?

   X   YES     ____ NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

Great American Insurance Company is a wholly-owned subsidiary of American Financial Group, Inc.  American Financial Group, Inc. is a publicly traded company listed on the New York Stock Exchange under the ticker symbol AFG.

4.    Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

_____ YES    _X_ NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

_____
_____.

5.    Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct  financial interest in the outcome of the litigation?

_____ YES    _X_ NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

_____
_____.

6.    If the named party or intervenor is a business entity other than a corporation (i.e. partnership, limited liability entity, or trust), identify all individuals or entities holding ten percent (10%) or more of the ownership interests in the named party or intervenor.

_____
_____ .

**Provide any additional pertinent information on attached page(s).**

Date: _2/2/2026_        Signature: _/s/ Thomas C. James, Jr._____

Printed Name:_ Thomas C. James, Jr._____

Title:_ Counsel for Defendant Great American Insurance Co.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he served a copy of the foregoing through the Court's Electronic Case Filing System (CM/ECF), upon Plaintiffs' attorney, Wendell L. Hoskins II, Law Office of Wendell L. Hoskins II, 404 Ward Ave., P.O. Box 1115, Caruthersville, MO 63830 (Wendell@WendellHoskins.com), this 2nd day of February 2026.

_s/ Thomas C. James, Jr._____
Thomas C. James, Jr.

2